**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CASE NO: 6:22-102-WWB-GJK**

FELICIA BELL,

    Plaintiff

v.

ARC ONE PROTECTIVE SERVICES, LLC,

    Defendant.
_____/

**NOTICE OF DESIGNATION OF LEAD COUNSEL**

Plaintiff, FELICIA BELL, by and through undersigned counsel, and pursuant to M.D. Fla. Local Rule 2.02, hereby notifies the Court that Jordan Richards, Esquire is Plaintiff's lead counsel.

**Dated this 19th day of January 2022.**

    Respectfully Submitted,

    **USA EMPLOYMENT LAWYERS – JORDAN RICHARDS PLLC**
    1800 SE 10th Ave. Suite 205
    Fort Lauderdale, Florida 33316
    (954) 871-0050
    *Counsel for Plaintiff*

    By: */s/ Jordan Richards*
    JORDAN RICHARDS, ESQUIRE
    Florida Bar No. 108372
    JAKE BLUMSTEIN, ESQUIRE
    Florida Bar No. 1017746
    jordan@jordanrichardspllc.com
    jake@jordanrichardspllc.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing was served by means of the Court's electronic filing system on January 19, 2022.

By: /s/ *Jordan Richards*
JORDAN RICHARDS, ESQUIRE
Florida Bar No. 108372

## SERVICE LIST:

**No Counsel Has Appeared To Date.**

2